No. 16-7108 September Term, 2017

1:15-cv-00882-CRC

Filed On: March 26, 2018 [1723804]

Chantal Attias, Individually and on behalf of all others similarly situated, et al.,

    Appellants

    v.

CareFirst, Inc., doing business as Group Hospitalization and Medical Services, Inc., doing business as CareFirst of Maryland, Inc., doing business as Carefirst BlueCross BlueShield, doing business as CareFirst BlueChoice, Inc., et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of August 1, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Ken R. Meadows
     Deputy Clerk

Link to the judgment filed August 1, 2017