No. 16-7108                                                  September Term, 2016

FILED ON: AUGUST 1, 2017

CHANTAL ATTIAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL.,
    APPELLANTS

v.

CAREFIRST, INC., DOING BUSINESS AS GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., DOING BUSINESS AS CAREFIRST OF MARYLAND, INC., DOING BUSINESS AS CAREFIRST BLUECROSS BLUESHIELD, DOING BUSINESS AS CAREFIRST BLUECHOICE, INC., ET AL.,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:15-cv-00882)

Before: TATEL, GRIFFITH, and MILLETT, *Circuit Judges*

**JUDGMENT**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's order dismissing this action for lack of standing be reversed and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                      BY:    /s/

                                        Ken Meadows
                                        Deputy Clerk

Date: August 1, 2017

Opinion for the court filed by Circuit Judge Griffith.