# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHANTAL ATTIAS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **CAREFIRST, INC.,** *et al.*, <br><br> Defendants. | Case No. 15-cv-00882 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [44] Defendants' Motion to Dismiss is GRANTED in part and DENIED in part. The Court DENIES the motion to dismiss Connie and Curt Tringlers' breach of contract claims in Count I and violation of the Maryland Consumer Protection Act claims in Count V. The Court GRANTS the motion to dismiss the remaining claims.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  January 30, 2019