**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CHANTAL ATTIAS, ANDREAS KOTZUR, RICHARD AND LATANYA BAILEY, CURT AND CONNIE TRINGLER, and LISA HUBER,**

**Plaintiffs,**

**v.**

**CAREFIRST, INC.; GROUP HOSPITALIZATION SERVICES, INC.; CAREFIRST OF MARYLAND, INC.; and CAREFIRST BLUECHOICE,**

**Defendants.**

**Case No. 1:15-cv-882-CRC**

**DEFENDANTS' RESPONSE TO COURT'S REQUEST FOR INFORMATION**

In response to the Court's February 14, 2019 *Minute Order* requesting the parties to advise the Court of whether it should issue an order pursuant to Federal Rule of Civil Procedure 54(b) as opposed to certifying questions for interlocutory appeal, Defendants CareFirst, Inc., Group Hospitalization Services, Inc., CareFirst of Maryland, Inc., and CareFirst BlueChoice believe that the Court should issue an order pursuant to Federal Rule of Civil Procedure 54(b) entering final judgment against Plaintiffs Chantal Attias, Andreas Kotzur, Richard and Latanya Bailey, and Lisa Huber.

Dated: February 22, 2019

Respectfully submitted,

/s/ Matthew O. Gatewood

Matthew O. Gatewood (Bar No. 974957)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth St., N.W., Suite 700

Robert D. Owen (Bar No. NY0199)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor

1114 Avenue of the Americas  
New York, N.Y. 10036  
RobertOwen@eversheds-sutherland.com  
(212) 389-5090 (phone)  
(212) 389-5099 (facsimile)

Washington, D.C. 20001  
MattGatewood@eversheds-sutherland.com  
(202) 383-0122 (phone)  
(202) 637-3593 (facsimile)

**CERTIFICATE OF SERVICE**

This certifies that I filed the corresponding document with the Court's CM/ECF system, which sent electronic service to the counsel for the Plaintiffs.

/s/ Matthew O. Gatewood