IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHANTAL ATTIAS AND ANDREAS KOTZUR, Individually and on behalf of all others similarly situated, *et al.* | : : : : | |
| v. | : : | Case No.: 1:15-CV-00882-CRC |
| CAREFIRST, INC., *et al.* | : : | |
| Defendants. | : | |

## RESPONSE TO FEBRUARY 14, 2019 MINUTE ORDER
## AND MOTION FOR STAY OF REMAINING CLAIMS

COME NOW Plaintiffs, by and through undersigned counsel, and files their *Response to Minute Order* which was entered on February 14, 2019 and state as follows:

Pursuant to the Court's February 14, 2019 instruction, the Parties conferred and agree that the Court should enter an order under Federal Rule of Civil Procedure 54(b) directing a final appealable judgment. Plaintiffs' counsel further motions the court to stay the remaining claims pending resolution of the appeal as the ultimate ruling will substantially impact the progress of those claims. Plaintiffs are advised that the Defendants have not yet taken a position regarding the request to stay the remaining claims. Thus, Plaintiffs request a final appealable order pursuant to Federal Rule of Civil Procedure 54(b).

WHEREFORE, Plaintiffs respectfully request that this Court provide an appealable order to Plaintiffs and grant them such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Jonathan B. Nace*_____
Jonathan B. Nace, Esq. D.C. Bar No. 985718
Nidel & Nace, PLLC
5335 Wisconsin Ave., NW
Suite 440

Washington, DC 20015
Tel: 202-478-9677
Fax: 202-888-5456
jon@nidellaw.com


Christopher T. Nace, Esq. Bar No. 977865
Paulson & Nace, PLLC
1025 Thomas Jefferson Street, NW
Suite 810
Washington, DC 20007
ctnace@paulsonandnace.com
202-463-1999 (Tel.)
202-223-6824 (Fax)


Troy N. Giatras Esq., Bar No. 429086
Matthew W. Stonestreet (Admitted PHV)
The Giatras Law Firm, PLLC
118 Capitol Street
Suite 400
Charleston, WV. 25301
304-343-2900 (Tel.)
304-343-2942 (Fax)
troy@thewvlawfirm.com
matt@thewvlawfirm.com

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of February, 2019, I caused a copy of the foregoing Response to Minute Order to be served upon the Court and all parties via ECF filing.


  */s/ Troy N. Giatras*
  Troy N. Giatras