## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHANTAL ATTIAS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **CAREFIRST, INC.,** *et al.*, <br><br> Defendants. | Case No. 15-cv-00882 (CRC) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 54(b) and upon consideration of the parties' responses to the Court's February 14, 2019 Minute Order, see Doc. Nos. 58 & 59, it is hereby

**ORDERED** that the Clerk enter final judgment as to the claims dismissed by the Court's [Doc. No. 53] Order Granting in Part and Denying in Part Defendants' Motion to Dismiss. The Court expressly finds that there is "no just reason for delay" of entry of final judgment as to Counts I through XI for Plaintiffs Chantal Attias, Andrea Kotzur, Richard and Latanya Bailey, and Lisa Huber; and as to all but Counts I and V for Connie and Curt Tringler.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: February 26, 2019