IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANTAL ATTIAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CAREFIRST, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:15-cv-00882-CRC |

### SUPPLEMENTAL JOINT STATUS REPORT

As counsel for the parties reported on November 6, 2024, following a formal mediation on November 4, the parties reached a tentative resolution of this matter. The parties have been working on the final terms of the formal settlement agreement and the supporting documents that will accompany Plaintiffs' motion for preliminary approval of the proposed class settlement. Originally, the parties believed they could have those finalized and filed with the Court within 60 days of November 6. The parties ask for a modest extension of time to finalize those documents and jointly inform the Court that Plaintiffs will file their motion for preliminary approval of class settlement by January 31, 2025.

Respectfully Submitted,

*/s/ Matthew O. Gatewood*
Matthew O. Gatewood (Bar No. 974957)
GATEWOOD PLLC
1455 Pennsylvania Avenue, Suite 400
The Willard Office Building
Washington, DC, 20004
MOG@gatewood-law.com
202.464.1441
*Lead Counsel for Defendants*