# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANTAL ATTIAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CAREFIRST, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:15-cv-00882-CRC |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Chantal Attias, Andreas Kotzur, Richard Bailey, Latanya Bailey, Curt Tringler, Connie Tringler, and Lisa Crider ("Plaintiffs"), on behalf of themselves and the Settlement Class Members, and under Federal Rule 23 of the Federal Rules of Civil Procedure, hereby move the Court for preliminary approval of the class action settlement for the reasons outlined in their contemporaneously filed memorandum of law. The proposed Settlement Agreement is attached as Exhibit 1 and the proposed preliminary approval order, proposed injunctive relief order, and proposed final approval order are attached as Exhibits A, B, and C.

Respectfully submitted,

**PLAINTIFFS**

    /s/ Troy N. Giatras
Troy N. Giatras Esq., Bar No. 429086
Matthew W. Stonestreet, Esq. (Admitted PHV)

*The Giatras Law Firm, PLLC*
118 Capitol Street
Suite 400
Charleston, WV. 25301
304-343-2900 (Tel.)
304-343-2942 (Fax)
troy@thewvlawfirm.com
matt@thewvlawfirm.com

Jonathan B. Nace, Esq. D.C. Bar No. 985718
*Nidel & Nace, PLLC*
2201 Wisconsin Ave., NW
Suite 200
Washington, DC 20015
202-780-5153 (Tel.)
301-963-8135 (Fax)
jon@nidellaw.com

Christopher T. Nace, Esq. Bar No. 977865
*Paulson & Nace, PLLC*
1025 Thomas Jefferson Street, NW
Suite 810
Washington, DC 20007
202-463-1999 (Tel.)
202-223-6824 (Fax)
ctnace@paulsonandnace.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 31st day of January, 2025, I caused a copy of the foregoing Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement to be served upon the Court and all parties via ECF filing.

      /s/ Troy N. Giatras
Troy N. Giatras Esq., Bar No. 429086