**EXHIBIT 2**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANTAL ATTIAS, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>CAREFIRST, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 1:15-cv-00882-CRC |

## DECLARATION OF TROY N. GIATRAS

I, Troy N. Giatras, states upon his oath and under the penalty of perjury that he is competent to testify and makes this Declaration based upon personal knowledge, and, if called upon to testify, would testify as follows:

1. I am submitting this declaration to address my qualifications and in support of The Giatras Law Firm, PLLC's request for reasonable attorney's fees and costs.

## EXPERIENCE

2. I concentrate my practice in litigation and trial matters. My practice is focused on protecting West Virginia consumers as well as individuals across the country.

3. My education and work background are as follows:

Education:       Duquesne University, Bachelor of Arts Degree; 1987

                 West Virginia University College of Law; JD; 1990

Work Background: January 2006 through present – Owner of The Giatras Law Firm, PLLC, practicing in the areas of civil and criminal law.

                 1996 through January 2006 - Founding partner of the law firm of Giatras & Webb, practicing in the areas of civil and criminal law.

|                          |                                                                                                                                                                                                                                                                                 |
|--------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                          | 1990 through 1996 - Associate; Huddleston, Bolen, Beatty, Porter & Copen; Charleston, West Virginia.                                                                                                                                                                            |
| Admitted:                | West Virginia; District of Columbia; Pennsylvania; and Maryland; United States Supreme Court; United States District Court for the Southern and Northern Districts of West Virginia; United States Court of Appeals, Fourth Circuit; United States Court of Appeals for the Federal Circuit. |
| Achievements:            | West Virginia State Bar, Member                                                                                                                                                                                                                                                 |
|                          | American Bar Association, Member                                                                                                                                                                                                                                                |
|                          | Approved Mediator, US DC, SDWV                                                                                                                                                                                                                                                  |
|                          | National Association of Criminal Defense Lawyers, Life Member                                                                                                                                                                                                                   |
|                          | West Virginia Association for Justice, Board Member                                                                                                                                                                                                                             |
|                          | American Association for Justice, Member, State Delegate                                                                                                                                                                                                                        |
|                          | Rotary International, Member                                                                                                                                                                                                                                                    |
|                          | Order of the Barristers, WV College of Law                                                                                                                                                                                                                                      |
|                          | Member of the Moot Court Team, WV College of Law                                                                                                                                                                                                                                |
| Lectures: (Limited List) | Adjusting the Automobile Injury Claim in WV (National Business Institute)                                                                                                                                                                                                       |
|                          | Winning Strategies for Jury Selection (National Business Institute)                                                                                                                                                                                                             |
|                          | Trying Soft Tissue Injury Cases in WV (National Business Institute)                                                                                                                                                                                                             |
|                          | Effective Techniques for the Low Impact Collision Case (WV Trial Lawyers Association)                                                                                                                                                                                           |
|                          | Who, What, Where, When, Why & How: Everything You Need to Know About Subpoenas (West Virginia Association for Justice)                                                                                                                                                          |

Current Community Activities:

    Vice Chair, West Virginia Housing Development Fund

    Member, Charleston Rotary Club

    Fiduciary Commissioner, Kanawha County Probate

    Member, Sacred Heart Co-Cathedral

Former Community Activities:

    Member, WV Parkways Authority Board

    Member, Visiting Committee, WVU College of Law

    Member, P.E.I.A. Finance Board

    Appointed, Special Prosecutor, Kanawha County, WV

    Counsel to the Senate Minority Leader; Legislative Session 1997 to 1998; 1998 to 1999

    Appointed, Private Industry Council of Kanawha County, WV

    Appointed, Board of Zoning Appeals, Charleston, WV, Chairman

    Board Member, the Leukemia and Lymphoma Society, West Virginia Chapter

    Board Member, Ronald McDonald House, Southern West Virginia

    Volunteer Golf Coach, Charleston Catholic

4. I have been admitted to practice law since 1990, and have extensive experience as Special Assistant Attorney General representing the State of West Virginia in numerous pharmaceutical, financial industry and consumer *parens patraie* actions. I also have extensive experience in civil litigation, class action, mass tort litigation, consumer finance, criminal defense, pharmaceutical, business torts, construction, criminal defense and appellate law.

The Giatras Law Firm attorneys are assisted by paralegals and experienced support staff. The firm has offices in Charleston, West Virginia and Cumberland, Maryland.

Aside from being appointed as Special Assistant Attorney General in high stakes litigation for the State, I have had the honor of presenting oral argument before the United States Supreme Court impacting precedential law. I am a 1987 graduate of Duquesne University and a 1990 graduate of the West Virginia College of Law. I previously worked at the law firm of Huddleston, Bolen, Beatty, Porter & Copen practicing in the area of Civil Litigation defense. In 1996, I established a firm concentrating in litigation.

I have served as local counsel and co-counsel in numerous high profile civil and criminal cases in both the State and Federal Courts. I have represented individuals and class members involving pharmaceutical drugs, Fen-Phen Diet Pill, Oxycontin, Vioxx, Baycol, and Zyprexa. I maintain an active trial practice in both State and Federal Court having been lead trial counsel in over 30 trials to verdict.

I have an excellent track record of working with numerous law firms and diverse groups to obtain knowledge and information to assist with complex litigation, and bringing about global resolution.

In November of 2008, I argued the respondent's case in *U.S. v. Hayes,* 555 U.S. 415 (2009) before the United States Supreme Court in Washington, D.C.

I have been appointed a Special Assistant Attorney General representing the State of West Virginia in cases involving drug manufacturers, financial institutions, brokerage houses, insurance carriers, credit card companies, ancillary credit/financial products, in:

- *State of West Virginia, ex rel. Darrell v. McGraw, Jr., Attorney General v. Acordia of West Virginia, Inc. and Acordia, Inc.*, Civil Action No. 05-C-115-W (Hancock Co., WV);

- *State of West Virginia, ex rel. Patrick Morrisey, Attorney General v. Aegon Direct Marketing Services, Inc., et al.*, Civil Action No. 12-C-126-N (Mason Co., WV);

- *State of West Virginia, ex rel. Darrell V. McGraw, Jr., Attorney General v. Capital One Bank (USA) N.A., et al.*, Civil Action No. 10-C-7-N (Mason Co., WV);

- *State of West Virginia, ex rel. Patrick Morrisey, Attorney General v. Center Partners Inc.*, Civil Action No. 12-C-123-N (Mason Co., WV);

- *Cross Country Bank and Applied Card Systems, Inc. v. Darrell v. McGraw, Jr., Attorney General of the State of West Virginia v. Rocco A. Abessinio, Individually and as an Officer of Cross Country Bank and Applied Card Systems, Inc.*, Civil Action No. 04-C-464 (Kanawha Co., WV);

- *State of West Virginia, ex rel. Darrell V. McGraw, Jr., Attorney General v. Eli Lilly and Company*, Civil Action No. 3:06-cv-0298 (S.D. W.VA.); various state claims regarding the drug Zyprexa. The settlement resulted in the largest single settlement at that time for the State against a pharmaceutical company.

- *State of West Virginia, ex rel. Patrick Morrisey, Attorney General v. Intersections Insurance Services, Inc.*, Civil Action No. 12-C-122-N (Mason Co., WV);

- *State of West Virginia ex rel. Patrick Morrisey, Attorney General v. Pfizer, Inc., et al.*, Civil Action No. 13-C-1-N (Mason Co., WV);

- *State of West Virginia, ex rel. Patrick Morrisey, Attorney General v. Sitel Corporations*, Civil Action No. 12-C-124-N (Mason Co., WV); and,

- *State of West Virginia, ex rel. Patrick Morrisey, Attorney General v. Sykes Enterprises, Inc.*, Civil Action No. 12-C-125-N (Mason Co., WV).

Myself and Mr. Stonestreet have been active in class action, consumer fraud, data privacy, securities, antitrust, and other complex litigation, including serving as co-lead counsel, trial counsel, or as a member of various litigation committees in:

- *In re Levaquin Products Liability Litigation*, MDL No. 08-1943 (D.C., Minn.) Appointed to the Plaintiff's Steering Committee

- *In re Vioxx Products Liability Litigation*, MDL No. 1657, (E.D., Louis.) Represented numerous WV clients

- *In re Wal-Mart Wage and Hour Employment Practices Litigation*, MDL No. 1735, (D. Nevada)
  Represented the class of WV employees

- *Saratoga Advantage Trust v. ICG, Inc.*, (Security Frauds Action), Civil Action No. 2:08-cv-0011 (S.D.W.VA.)
  Served as local co-counsel

- *In re C.R. Bard, Inc., Pelvic Repair System Product Liability Litigation*, MDL No. 2187 (S.D.W.VA.)
  Represented individual clients as co-counsel

- *In re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation,* MDL No. 2326 (S.D.W.VA.)
  Represented individual clients as co-counsel

- *DP 2004 Merger Sub, LLC, successor in interest to PDC 2004-D Limited Partnership v. Christopher J. Rodenfels, Trustee for Christopher J. Rodenfels Revocable Trust,* (Shareholder Action), Civil Action No. 11-C-896 (Kanawha Co., WV)
  Served as lead counsel

- *Lisa Shiltz, et al. v. Anthem, Inc., et al.,* (Consumer Healthcare; Data breach case), Civil Action No. 2:15-cv-4083 (S.D.W.VA.).
  Was one of the initial cases filed in this multi-district security data breach action.

- *Theresa L. Jenkins v. Element Federal Credit Union,* Civil Action No. 13-C-2252 (Kanawha Co., WV)
  Lead counsel in a consumer debt collection action

- *Stacey F. McCown, et al. v. NGS, Inc.,* et al., Civil Action No. 3:14-cv-27719 (S.D.W.VA.)
  Lead counsel in complex consumer litigation

- *Christopher Sharpe, et al. v. National Collegiate Student Loan Trust 2005-1,* Civil Action No. 15-C-158 (Kanawha Co., WV)
  Lead counsel in a consumer predatory lending class action

- *Bank of America, N.A. v. Jackson Burgess, et al.*, Civil Action No. 18-C-197 (Logan Co., WV)
  Lead counsel in a consumer class action counterclaim

- *Irma Flowers, et al. v. Complete Payment Recovery Systems, Inc.*, Civil Action No. 16-C-301 (Putnam Co., WV)
  Co-counsel in an unlawful fee class action case

6

- *E.S., et al. v. Alloy Federal Credit Union*, Civil Action No. 20-C-300 (Kanawha Co., WV)
  Lead counsel in a data breach and consumer protection class action

- *Roy Bennett, Jr., et al. v. NASA Federal Credit Union*, Civil Action No. 21-C-18 (Jackson Co., WV)
  Co-counsel in a consumer protection class action

- *E.Z., et al. v. Eastern Panhandle Federal Credit Union*, Civil Action No. 21-C-23 (Jefferson Co., WV)
  Co-counsel in a data breach and consumer protection class action

- *Drema Adams, et al. v. Rural Health Access Corporation, et al.*, Civil Action No. 20-C-20 (Logan Co., WV)
  Lead counsel in a data breach class action

- *Stacy Fields, et al. v. Pioneer Appalachia Federal Credit Union*, Civil Action No. 22-C-762 (Kanawha Co., WV)
  Lead counsel in a consumer protection class action

- *Chelsey M. Pritt, et al. v. ARMS, et al.*, Civil Action No. 17-C-120 (Putnam Co., WV)
  Lead counsel in a consumer protection class action

- *Rocky Scarberry, et al. v. Racing Corporation*, Civil Action No. 17-C-999 (Kanawha Co., WV)
  Lead counsel in a consumer protection class action

- *John Samuel Guido, et al. v. Monongalia Health System, Inc.*, Civil Action No. 22-C-3 (Marion Co., WV)
  Co-counsel in a data breach class action

- *Patricia Fitch, et al. v. Charleston Area Medical Center, Inc.*, Civil Action No. 22-C-256 (Kanawha Co., WV)
  Co-counsel in a data breach class action

- *Jashar Morris, et al. v. S&P Hospitality d/b/a Super 8 Motel, et al.*, Civil Action No. 22-C-286 (Kanawha Co., WV)
  Lead counsel in a bed bug and consumer protection class action (still pending)

- *Tyler Nutter, et al. v. CHHE Federal Credit Union*, Civil Action No. 22-C-12 (Mason Co., WV)
  Lead counsel in a consumer protection class action

5. In this case, Plaintiffs asserted on behalf of the Settlement Class violations of privacy rights as a result of the April 2014 data breach. The settlement in this case provides significant relief for the Class Members based on the defendants' potential exposure and the continued harm to consumers.

6. Prior to the settlement, the parties engaged in discovery and the parties were well aware of the strengths and weaknesses of their respective positions.

7. I endorse the appointment of class counsel. This Court deemed Class Counsel as adequate as a result of the "experience with complex civil litigation and have served as class counsel in other consumer matters." ECF. 100. Rule 23(g)(1)(C)(i) requires the Court to appoint adequate counsel to represent the class. The Court previously appointed myself, Mr. Stonestreet, Mr. Christopher Nace, and Mr. Jonathan Nace as Class Counsel.

8. Numerous courts have previously ruled that Mr. Stonestreet and I exceed class representation adequacy requirements, nothing that myself and Mr. Stonestreet "represented the impacted individuals with vigor, specialized tech litigation knowledge, and applied the Firm's unique data breach law experience to achieve a positive result for the [] Class." *See* Preliminary Approval Order, *Campbell v. Zoll*, Kanawha County Circuit Court Civil Action No. 13-C-341. In the Nationwide privacy litigation of *Campbell v. Zoll*, Mr. Stonestreet and I obtained relief in similar privacy matters. In addition to such privacy cases, Mr. Stonestreet and I have received preliminary approval and final approval in a variety of consumer matters, including *Goodman, et al. v. West Virginia Public Employees Credit Union d/b/a The State Credit Union*, Logan County Circuit Court Civil Action No. 16-C-127 and *Cavalry SPV I, LLC v. Jeff Hughes, et al.*, Kanawha County Circuit Court Civil Action No. 16-C-1053. Mr. Stonestreet and I have also received preliminary approval and final approval in all of the cases listed above.

9. Class Counsel has conducted extensive research in this case, including collecting documents through subpoenas to third-parties and document requests to defendants, reviewing hundreds of thousands of pages of documents, retaining and preparing expert witnesses in the fields of cybersecurity and accounting, deposing defendants and their expert, and defending their own experts' depositions. Class Counsel has also engaged in complex motions practice and even twice pursued difficult questions of law to the D.C. Circuit Court of Appeals in zealous advocacy for their clients and the class members. Mediation in this matter was held on November 4, 2024. Class Counsel worked with Mediator Edward D. McDevitt and defense counsel to reach the settlement this matter and the significant outcome which Class Counsel requests to be approved.

10. Class Counsel are experienced civil class action litigators who have participated in multiple class actions and have spearheaded this case since it began in 2015.

11. This Settlement provides significant injunctive relief for the Class Members including mandatory training of all employees on privacy and security awareness, mandatory refresher training of all employees on privacy and security awareness, periodic simulated phishing-awareness campaigns, mandatory phishing training required for individuals who click a link in a simulated phishing-awareness campaign, annual internal and external vulnerability scans, among other injunctive relief.

12. Given the significant consideration that the settlement provides, especially in light of the factual and damages questions involved, the outcome is outstanding. It provides company-wide changes which will significantly help avoid the very harm that led to this litigation in the first place, while preserving Class Members' right to bring their own claims for damages, including punitive damages and attorney's fees, should they have suffered direct harm from

defendants' conduct. As a result, I endorse the settlement as fair and adequate and would urge the Court to preliminarily approve the settlement.

Further the affiant saith naught.

_____
Troy N. Giatras

STATE OF WEST VIRGINIA,
COUNTY OF KANAWHA, TO-WIT:

Taken, subscribed and sworn to this the 31st day of January, 2025, before the undersigned authority, in and for the county and state aforesaid, by Troy N. Giatras.

_____
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Sara R. Hardman
The Giatras Law Firm, PLLC
118 Capitol Street
Suite 400
Charleston, WV 25301
My Commission Expires November 2, 2026

My commission expires: November 2, 2026