# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANTAL ATTIAS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> CAREFIRST, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:15-cv-00882-CRC |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH NOTICE OF PROPOSED SETTLEMENT OBLIGATIONS UNDER THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715

Pursuant to the Court's Order Preliminarily Approving Settlement and Directing Notice to Class (ECF No. 122), Defendants attach the Declaration of Frank Barkan (the "Declaration") as Exhibit A, stating that Defendants have served notice of the proposed settlement upon those who are entitled to such notice pursuant to, and in compliance with, the requirements of the Class Action Fairness Act, 28 U.S.C. § 1715 (the "CAFA Notice").

The attached Declaration further states that on February 10, 2025, the CAFA Notice was sent to the Attorney General of 47 states, the District of Columbia, and the United States Territories. At the direction of the Offices of the Nevada, New York, and Connecticut Attorneys General, the CAFA Notice was sent via email. The CAFA Notice was also sent to the Attorney General of the United States. A full listing of the offices that received the CAFA Notice are listed on Attachment 1.

The CAFA Notice, which is included as Attachment 2 to the Declaration, contained the documents and information required by 28 U.S.C. § 1715(b).

Respectfully Submitted,

/s/ *Matthew O. Gatewood*
Matthew O. Gatewood (Bar No. 974957)
**GATEWOOD PLLC**
1455 Pennsylvania Avenue, Suite 400
The Willard Office Building
Washington, DC, 20004
MOG@gatewood-law.com
202.464.1441
*Lead Counsel for Defendants*