IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANTAL ATTIAS, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CAREFIRST, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:15-cv-00882-CRC |

**MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND
FOR SERVICE AWARDS AND ATTORNEYS' FEES**

　　Plaintiffs Chantal Attias, Latanya Bailey, Richard Bailey, Lisa Huber, Andreas Kotzur, Connie Tringler, and Curt Tringler ("Plaintiffs"), on behalf of themselves and the Settlement Class Members, by counsel, under Rule 23 of the Federal Rules of Civil Procedure, respectfully move the Court for Final Approval of the Class Action Settlement, for entry of the Final Approval and Injunctive Relief Orders attached hereto, and for an award of attorneys' fees and service awards for the reasons outlined in the filed Motion for Attorneys' Fees (ECF No. 124). Defendants consent to this motion. The Parties will be available to address any questions the Court may have at the July 17 hearing.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

　　　　　　　　　　　　　　　　　　　　/s/ Troy N. Giatras
　　　　　　　　　　　　　　　　　　　Troy N. Giatras Esq., Bar No. 429086
　　　　　　　　　　　　　　　　　　　Matthew W. Stonestreet, Esq. (Admitted PHV)
　　　　　　　　　　　　　　　　　　　*The Giatras Law Firm, PLLC*
　　　　　　　　　　　　　　　　　　　118 Capitol Street, Suite 400
　　　　　　　　　　　　　　　　　　　Charleston, West Virginia 25301
　　　　　　　　　　　　　　　　　　　304-343-2900 / 304-343-2942 (Fax)
　　　　　　　　　　　　　　　　　　　troy@thewvlawfirm.com
　　　　　　　　　　　　　　　　　　　matt@thewvlawfirm.com

Jonathan B. Nace, Esq. D.C. Bar No. 985718
*Nidel & Nace, PLLC*
2201 Wisconsin Ave., NW
Suite 200
Washington, DC 20015
202-780-5153 (Tel.)
301-963-8135 (Fax)
jon@nidellaw.com

Christopher T. Nace, Esq. Bar No. 977865
*Paulson & Nace, PLLC*
1025 Thomas Jefferson Street, NW
Suite 810
Washington, DC 20007
202-463-1999 (Tel.)
202-223-6824 (Fax)
ctnace@paulsonandnace.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 15th day of July, 2025, I caused a copy of the foregoing Motion for Final Approval of Class Settlement and for Service Awards and Attorneys' Fees to be served upon the Court and all parties via ECF filing.

/s/ Troy N. Giatras
Troy N. Giatras Esq., Bar No. 429086